**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Marlin Crook, | No. CV-15-02610-PHX-JAT (ESW) |
| Plaintiff, | **ORDER** |
| v. | |
| Charles L Ryan, et al., | |
| Defendants. | |

Pending before the Court is the Report and Recommendation[1] of the Magistrate Judge recommending that Defendant Cato be dismissed without prejudice as a result of Plaintiff's motion for voluntary dismissal. (Doc. 219). It appears the Clerk's office treated Plaintiff's motion (Doc. 213) as a notice of voluntary dismissal and dismissed Defendant Cato from this action on December 12, 2017. Nonetheless, the Report and Recommendation (to which no party objected) remains pending before this Court.[2] As a result,

///
///
///
///

---

[1] This Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1).

[2] It is "clear that the district judge must review the magistrate judge's findings and recommendations de novo if objection is made, but not otherwise." United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) (emphasis in original).

1 **IT IS ORDERED** that the Report and Recommendation (part of Doc. 219) is
2 accepted.
3 Dated this 27th day of March, 2018.

James A. Teilborg
Senior United States District Judge